JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Koji Sasaya, ) | SACV 22-01879JVS(KESx) |
|     Plaintiff, ) | ORDER OF DISMISSAL |
|     v. ) | |
| Yoahiaki Kaneko, et al, ) | |
|     Defendants. ) | |

The Court having issued an Order to Show Cause on October 20, 2022 as to why this action should not be dismissed for lack of prosecution, and to date no response having been filed,

IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute.

DATED: 11/17/22

_____
James V. Selna
United States District Judge